IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOSEPH BRUSE KNIGHT,**

    **Plaintiff,**

v.                                      Case No.   3:11cv585/MCR/CJK

**SGT. STOKES, et al.,**

    **Defendants.**
_____/

## ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 27, 2012, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The plaintiff's motion for voluntary dismissal (doc. 6) is GRANTED.

3.    This cause is DISMISSED WITHOUT PREJUDICE.

4.    The clerk is directed to close the file.

**DONE AND ORDERED** this 3rd day of April, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**